# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00207-CV

**Centex Freight Lines, L.L.C., Appellant**

**v.**

**Prudence Adams, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-09-001629, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from orders (1) appointing a receiver, (2) denying a motion to vacate the order appointing the receiver, and (3) denying a motion to dissolve the receivership and dismiss the receiver. Appellant Centex Freight Lines, L.L.C., has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed:   July 16, 2014